1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9  Matthew Joseph Rodriguez,          )    No. 05-545-PHX-ROS
                                      )
10         Plaintiff,                 )    **ORDER**
                                      )
11  vs.                               )
                                      )
12                                    )
   Maricopa County,                   )
13                                    )
           Defendant.                 )
14                                    )
                                      )
15 ────────────────────────────────

16

17         On February 15, 2005, Plaintiff Matthew Joseph Rodriguez filed a civil rights

18  complaint against Defendant Maricopa County.  (Doc. 1)  On November 15, 2005,

19  Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R&R")

20  recommending that Plaintiff's complaint be dismissed without prejudice for failure to comply

21  with Court orders. (Doc. 17)  No objections were filed by either party.

22         The Court "may accept, reject, or modify, in whole or in part, the findings or

23  recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  It is "clear that the

24  district judge must review the magistrate judge's findings and recommendations *de novo if*

25  *objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121

26  (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,

27  1126 (D.Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of

28  factual and legal issues is required if objections are made, 'but not otherwise.'").  District

courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 17) is **ADOPTED** and the complaint is **DISMISSED WITHOUT PREJUDICE**.


DATED _04/05/06_ .



Roslyn O. Silver
United States District Judge

- 2 -